IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBERT CULBERSON,<br><br>    Defendant. | 8:21MJ335<br><br>**ORDER ISSUED PURSUANT TO THE DUE PROCESS PROTECTION ACT** |

This matter came before the Court for Initial Appearance on a Complaint. The government was represented by Crystal Correa. The defendant was present and represented by Peder C. Bartling.

IT IS ORDERED:

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

DATED: June 17, 2021.

                    BY THE COURT:

                    s/ Michael D. Nelson
                    United States Magistrate Judge